IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 04-60346-CIV-MOORE

DELVIS FOSTER,

  Plaintiff,

vs.

 

**ORDER**

BRANDSMART USA, INC.,

  Defendant.
_____/

THIS CAUSE came before the Court upon Plaintiff's Motion to Reinstate Case (DE #8).

UPON CONSIDERATION of the motion, and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that Plaintiff's Motion to Reinstate Case (DE #8) is DENIED. This case, however, will be reopened upon the filing of a joint scheduling report compliant with S.D. Fla. L.R. 16.1.

DONE AND ORDERED in Chambers at Miami, Florida, this 22nd day of June, 2004.

K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

cc:   All Counsel of Record