IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 04-60346-CIV-MOORE

DELVIS FOSTER,

    Plaintiff,

vs.

                                **ORDER**

BRANDS MART USA, INC.,

    Defendant.

_____/

THIS CAUSE came before the Court upon the parties' Joint Scheduling Report (filed August 10, 2004).

UPON CONSIDERATION of the parties' Joint Scheduling Report and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the Clerk shall **REOPEN** this case. All previously issued orders in this action remain in effect.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of August, 2004.

/s/ K. Michael Moore

K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record