UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 04-60346-CIV-MOORE

DELVIS FOSTER,

      Plaintiff,

vs.

INTERBOND CORPORATION
OF AMERICA,

      Defendant.
_____/

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties jointly stipulate, pursuant to Fed. R. Civ. P. 41(a)(1), that all claims brought by plaintiff in the above-captioned action shall be dismissed with prejudice, with each party to bear its own costs and fees.

Dated: April 28, 2005

/s/ Tamatha S. Alvarez*
Leslie Holland
Fl. Bar No. 510688
LAW OFFICE OF LESLIE HOLLAND
801 NE 167th Street, Second Floor
North Miami Beach, FL 33162
Tel: 305-455-2040
Fax: 305-455-2050

Lawyer for plaintiff, Foster

*Signed with express permission
of Leslie Holland

Dated: April 28, 2005

/s/ Tamatha S. Alvarez
Tamatha S. Alvarez
Fl. Bar No. 0151467
SAMS, MARTIN, LISTER, KAUFMAN
   & ALVAREZ
7975 Northwest 154th Street, Suite 230
Miami Lakes, FL 33016
Tel: 305-362-6222
Fax: 305-362-0111
Email: tsalaw@hotmail.com

2

Anessa Abrams (admitted *pro hac vice*)
Schmeltzer, Aptaker & Shepard, P.C.
2600 Virginia Avenue, N.W., Suite 1000
Washington, D.C. 20037
Tel:  202-333-8800
Fax:  202-625-3301

Attorneys for Defendant
Interbond Corporation of America

BF4377