04/04/2005  05:39  3055799991                    FMG                              PAGE  08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   : 04-60346-CIV-MOORE
JUDGE      : K. MICHAEL MOORE
TRIAL DATE: 04/28/05

DELVIS FOSTER

    Plaintiff(s),

vs.                                              **MEDIATORS REPORT**

INTERBOND CORPORATION OF AMERICA

    Defendant(s).

*********************************

COMES NOW Donald J. Spero, Esq., the undersigned certified Mediator from **FLORIDA MEDIATION GROUP** and reports to this Honorable Court:

The Mediation was held on: 04-13-2005 09:30.

__✓__    AN AGREEMENT WAS REACHED.

         ____ Mediation Agreement attached, with the parties consent.

____    No Agreement was reached; Impasse.

____    The parties wish to continue settlement negotiations and may reconvene for a Continuation of the Mediation. Notice of the date, time and place shall be furnished to the parties and filed with the court. If no Notice of Mediation Agreement or Post-Mediation Agreement is filed on or before ___/___/___ this matter shall be considered at an Impasse.

____    A Post-Mediation Settlement was reached, as per information received on ___/___/___, from _____.

____    Other: _____

_____    5/2/2005
Certified Mediator, FLORIDA MEDIATION GROUP - FMG# 0-60594

( )                                              ( )
44 W. Flagler St.                                110 SE Sixth Street
19th Floor                                       Ground Floor
Miami, FL. 33130                                 Ft. Lauderdale, FL. 33301
(305) 579-9990                                   (954) 522-9991

Copies to:
Clerk of Court
Counsel of record
Parties, (if unrepresented)
5/4/05
medrept.fed